# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TVN S.A., | )<br>)<br>) Civil Action No. 06-cv-2772<br>) <br>) Hon. Blanche M. Manning<br>) Magistrate Judge Ashman<br>)<br>)<br>)<br>)<br>) |
|              Plaintiff, | |
|   v. | |
| POLSKA WIZJA, LLC, CEZARY LESNIEWSKI, an individual and MICHAEL KONARSKI, an individual, | |
|              Defendants. | |

## **MOTION FOR ENTRY OF AGREED JUDGMENT ORDER**

Plaintiff, TVN S.A. ("TVN") by its attorneys, and Defendants, Polska Wizja, LLC, Michael Konarski and Cezary Lesniewski, by their attorneys, respectfully request that this Court enter Judgment in this matter in favor of Plaintiff TVN and against Defendants pursuant to the attached Agreed Judgment Order. In support of the Motion, the parties represent that they have settled this matter and resolved all claims between the parties, and that entry of Judgment as provided for in the attached Agreed Judgment Order is in fact agreed to by the parties and fully resolves this matter.

Wherefore, the parties respectfully request that the Court enter Judgment in favor of Plaintiff TVN S.A. and against Defendants Polska Wizja, LLC, Michael Konarski and Cezary Lesniewski, and that the Court further enter Judgment in favor of Plaintiff TVN S.A. and against Defendants Polska Wizja, LLC, Michael Konarski and Cezary Lesniewski in the amount of one million dollars ($1,000,000.00), jointly and severally, inclusive of costs and attorneys' fees.

Respectfully submitted, this 28th day of March, 2007.

| PLAINTIFF TVN S.A. | MICHAEL KONARSKI, CEZARY LESNIEWSKI AND POLSKA WIZJA, LLC |

 _/s/ Jeana R. Lervick_   　　　　　　　　　　　　　　　 _/s/ John W. Moynihan_

| S. Patrick McKey<br>Pawel K. Chudzicki<br>Jeana R. Lervick<br>BELL, BOYD & LLOYD LLP<br>Three First National Plaza<br>70 West Madison Street, Suite 3300<br>Chicago, Illinois 60602-4207<br>(312) 372-1121 (telephone)<br>(312) 827-8000 (facsimile)<br>pmckey@bellboyd.com<br>pchudzicki@bellboyd.com<br>jlervick@bellboyd.com | John. W. Moynihan<br>REED SMITH SACHNOFF & WEAVER<br>10 S. Wacker Dr.<br>40th Floor<br>Chicago, IL 60606<br>(312) 207-3919 (telephone)<br>(312) 207-6400 (facsimile)<br>jmoynih@sachnoff.com |